# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-1585
LT Case No. 2020-CF-000699-A

———————————————————

JUSTIN RYAN DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

3.801 Appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

Justin Ryan Daniels, Lawtey, pro se.

No Appearance for Appellee.

January 6, 2026

PER CURIAM.

AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____